IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JANE DOE,

       Plaintiff,

   v.                                No. 23-cv-1066 (SES)

CRYSTAL RIVERA, etc.,

       Defendants.

## ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of the motion of plaintiff for an order permitting her to prosecute this action anonymously, to be identified by the pseudonym "Jane Doe" rather than by her true name,

It is hereby ORDERED that the motion is GRANTED.

(1)    Plaintiff is PERMITTED to prosecute this action anonymously and shall be identified by the pseudonym "Jane Doe" rather than by her true name.

(2)    All pleadings and other documents filed with the court shall use the pseudonym "Jane Doe" and all parties and non-parties shall redact all such papers filed that contain plaintiff's true name.

                                   _____

                                   J.