Civil Action No.: 3:23-CV-01066-SES

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Phillip Barcafer__
was received by me on (date) __June 27th, 2023__

☑ I personally served the summons on the individual at (place) __Monroe County Administration Building__ on (date) __June 27th, 2023__ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ __65__ for services, for a total of $ __65__.

I declare under penalty of perjury that this information is true.

__6/27/2023__
Date

_Server's Signature_

__Joseph DeBartolo Pennsylvania State Constable__
Printed name and title

__660 Resica Falls Road, East Stroudsburg, PA, 18302__
Server's Address

Additional information regarding attempted service, etc: