UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | **3:23-CV-01066** |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| CRYSTAL RIVERA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER
July 18, 2023

Upon consideration of the "Plaintiff's Motion For Leave To Prosecute Action Anonymously, Under Pseudonym "Jane Doe," Rather Than By Her True Name," **IT IS ORDERED** that that motion (*doc. 3*) is **GRANTED**. The plaintiff is permitted to prosecute this action under the pseudonym "Jane Doe" rather than her true name. All pleadings and other documents filed with the court shall use the pseudonym "Jane Doe" for the plaintiff, and all documents filed in this case shall redact the plaintiff's true name. Because the defendants have not yet appeared in this action, and, thus, have not had the opportunity to weigh in on the issue of plaintiff using the pseudonym "Jane Doe," this Order granting the plaintiff's

motion is without prejudice to the defendants moving to vacate this order if they oppose plaintiff using the pseudonym "Jane Doe" rather than her true name.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge