UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | **3:23-CV-01066** |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| CRYSTAL RIVERA, *et al*., | : | |
| | : | |
| Defendant. | : | |

**ORDER**
July 20, 2023

The purpose of this order is to schedule a case management conference.  **IT IS HEREBY ORDERED** that:

1. Counsel and parties are advised to comply with Rule 16.3(a) of the Rules of Court for the Middle District of Pennsylvania.  Local Rule 16.3(a) requires the parties meet prior to the case management conference and complete a "Joint Case Management Plan" form.  The completed form, which is set forth in Appendix A of the local rules, **must be filed on or before August 16,  2023.**  The parties should also be conversant with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990.

2. A telephonic case management conference will be held in the above captioned case on **August 23, 2023, at 11:00 a.m.**  Counsel for the plaintiffs shall initiate the call to Chambers at (717) 221-3980 once all parties are on the line and

prepared to proceed.  The primary purpose of this conference will be to establish

case management deadlines to enable this action to go forward as efficiently as

possible.  Participation in this conference by counsel or by pro se litigants is

mandatory.  If a party is unable to participate in the conference, that party shall

notify the Court two business days in advance of the date of the conference.  The

parties are further advised that once the deadlines have been established extensions

of those time periods will not be granted, except under unusual circumstances and

for good cause.

 

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge