UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | **3:23-CV-01066** |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| CRYSTAL RIVERA, *et al.*, | : | |
| Defendants. | : | |

**ORDER**
August 23, 2024

Following a conference with the parties and in accordance with the discussion at that conference, **IT IS ORDERED** that:

(1)  by a separate Fourth Amended Case Management Order, the case management deadlines, including the discovery deadline, will be extended by 60 days;

(2)  given that we are extending the discovery deadline and other case management deadlines, the pending summary judgment motions (*docs. 45, 48*) are **WITHDRAWN** as premature without prejudice to the parties refiling summary judgment motions after the completion of discovery and before the revised dispositive motions deadline set forth in the separate Fourth Amended Case Management Order;

(3) the defendants' motion (*doc. 52*) to file videos under seal is **GRANTED** to the extent that if the defendants refile their motion for summary judgment after the close of discovery as extended, the defendants may file the videos under seal in accordance with M.D. Pa. L.R. Civ. P. 5.8 and M.D. Pa. L.R. Crim. P. 49.

(4) a separate order will be issued regarding settlement procedures.

<u>*S/Susan E. Schwab*</u>
Susan E. Schwab
United States Magistrate Judge