IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | CIVIL NO. 3:23-cv-1066 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| CRYSTAL RIVERA, and MONROE COUNTY, | : | |
| Defendants. | : | |

**FIFTH AMENDED CASE MANAGEMENT ORDER**
October 1, 2024

Upon consideration of Jane Doe's motion to extend the case management deadlines, **IT IS ORDERED** that the motion (*doc. 66*) is **GRANTED** and that the following Fifth Amended Case Management Order is entered in this matter for clarification purposes. This Fifth Amended Case Management Order supersedes the previous Fourth Amended Case Management Order (*doc. 64*) and all deadlines and everything scheduled therein.

I. **GENERAL.**

1. **Parties' Responsibility**. Counsel and pro se litigants are responsible for reading this entire order.

2. **Deadlines**.   The following deadlines, described in greater detail throughout this order, have been established for this case and may not be modified by the parties.

| | | |
|---|---|---|
| Telephonic Status Call: | | **December 20, 2024 at 10:00 a.m.**[1] |
| Close of Fact Discovery: | | **December 31, 2024** |
| Expert Reports: | By Plaintiff: | **January 31, 2025** |
| | By Defendants: | **March 3, 2025** |
| Dispositive Motions & Supporting Briefs: | | **January 31, 2025** |
| Supplemental Expert Reports: | | **April 4, 2025** |
| Close of Expert Discovery: | | **May 2, 2025** |
| Pretrial and Trial Deadlines: | | **To Be Determined** |

3. **Requests for Extension of Time**.   Motions to modify or extend the deadlines established here shall be made before the time limits have passed. Requests for extension of the above time periods will not be granted except for good cause shown and must comply with Local Rule 7.5.

4. **Contacting the Court**.   Parties should contact the Court through our Deputy Clerk, Amanda Endy, at amanda_endy@pamd.uscourts.gov or (717) 221-

---

[1] Counsel for plaintiff shall initiate the call by calling Chambers at (717) 221-2980 once all parties are on the line, or by providing a call-in number.

3941. No contact should be made with law clerks unless directed to do so by the Court.

## II. DISCOVERY.

1. **Discovery**. All fact discovery shall be completed on or before **December 31, 2024**. All requests for discovery must be made so as to allow for compliance before the close of discovery. The following limits on discovery apply to this case:

(i) Depositions (excluding experts) to be taken by:

Plaintiff: 20          Defendants: 20

(ii) Interrogatories to be served by:

Plaintiff: 60          Defendants: 60

(iii) Document production requests to be served by:

Plaintiff: 50          Defendants: 50

(iv) Requests for admission to be served by:

Plaintiff: 50          Defendants: 50

**Discovery in excess of these limits must be approved by the Court.**

2. Except as noted herein, the limitations on discovery imposed by the Federal Rules of Civil Procedure and the Local Rules of the Middle District of

Pennsylvania will be applied to this case. The parties must apply to the court to exceed the limitations established by the rules.

3. In the event that discovery disputes arise and are not resolved after counsel attempt in good faith to do so, the matter shall be brought before the court by way of a telephone conference rather than through the filing of formal motions. Unless otherwise directed, the parties shall submit a joint letter of not more than three pages outlining the nature of the dispute and their respective positions and requesting a telephone conference with the court.

## III. EXPERTS.

1. The plaintiff shall submit any expert reports on or before **January 31, 2025**. The defendants shall submit any expert reports on or before **March 3, 2025**. The parties shall submit any supplements to their expert reports on or before **April 4, 2025**.

2. All expert discovery shall be completed on or before **May 2, 2025**.

## IV. DISPOSITIVE MOTIONS.

All dispositive motions and supporting briefs must be filed on or before **January 31, 2025**. Briefs must adhere to the page limitations set forth in the local

rules. Parties filing motions for summary judgment shall comply with Middle District Rule 7.4.

**V.   PRETRIAL AND TRIAL.**

All pretrial and trial deadlines will be determined after the resolution of any dispositive motions.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge
