# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | No. 3:23cv1066 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CRYSTAL RIVERA and MONROE | : | |
| COUNTY, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 13th day of February 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants Monroe County and Crystal Rivera's motion for summary judgment, (Doc. 70), is **GRANTED** in part as to Plaintiff Jane Doe's procedural due process claim against Defendant Crystal Rivera;

2) Rivera is immune from suit and dismissed as a defendant in this action;

3) Defendants' motion for summary judgment is otherwise **DENIED;**

4) Plaintiff's motion for partial summary judgment, (Doc. 73), is **GRANTED** in part as to her procedural due process claim against Monroe County;

5) Plaintiff's motion is otherwise **DENIED;**

6) The Clerk of Court is direct to enter judgments in accordance with this order; and

7) By way of separate order, this matter will be scheduled for a pretrial

conference regarding a trial on plaintiff's damages.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court